IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CRIMINAL ACTION NO. |
| | ) | 2:25cr382-MHT |
| | ) | (WO) |
| JHONI ALBERTO PEREZ-MENDEZ | ) | |

# **O R D E R**

<u>COUNSEL ARE DIRECTED TO PAY PARTICULAR ATTENTION TO PARAGRAPHS 2 AND 3 IN THIS ORDER.  FAILURE TO COMPLY WITH THESE TWO PARAGRAPHS MAY SUBJECT COUNSEL TO SANCTIONS</u>.

On June 26, 2025, the United States Magistrate Judge entered a report and recommendation concerning the defendant's plea of guilty (Doc. 19), to which the parties have both filed notices of having no objection to the recommendation (Doc. 20 and Doc. 21).

Accordingly, it is ORDERED that the magistrate judge's recommendation (Doc. 19) is adopted, the court accepts the defendant's plea of guilty as to count 1 of the indictment, and the defendant is adjudged guilty of these offenses.

It is further ORDERED that the unopposed motion to expedite sentencing without presentence investigative report (Doc. 23) is granted, and that:

1. Sentencing of the defendant is hereby set on **July 10, 2025,** at **2:00 p.m.**, Courtroom 2FMJ, the Frank M. Johnson, Jr. United States Courthouse Complex, One Church Street, Montgomery, Alabama.

2. At least **three** business days before the sentencing date, the government and the defendant shall each file a memorandum setting forth (a) the sentence the defendant should receive and (b) why that sentence is appropriate based on the facts and the law.

3. The following motions must be filed at least **three** business days before the sentencing date if the bases for the motions are known at that time: a motion for reduction of sentence based on the defendant's cooperation; a motion for reduction of sentence based on defendant's acceptance of responsibility; a motion for departure; and a motion for variance (downward or upward) from the guideline sentence.

      Nothing contained in this order shall be construed as impairing the rights of any party as established in the Constitution or laws of the United States.

      DONE, this 30th day of June 2025.

                                            /s/ Myron H. Thompson  
                                     UNITED STATES DISTRICT JUDGE